# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Yvette Jackson-Harlin,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                                3:05cv379

Joanne B. Barnhart,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/13/07 Order.

                                              Signed: July 16, 2007

                                              Frank G. Johns, Clerk
                                              United States District Court